**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,         )<br>                                                 )<br>         Plaintiff,                       )<br>                                                 )<br>vs.                                          )<br>                                                 )<br>Christopher Angel Mendoza,      )<br>                                                 )<br>         Defendant.                   )<br>_____  ) | CR-14-423-001-PHX-GMS<br><br>**ORDER OF DETENTION** |

Defendant was released on Pretrial Supervision on March 19, 2014. Pretrial Services filed a Petition for Action on Conditions of Pretrial Release alleging that defendant violated the terms of his release. Defendant was arrested and appears before the Court with counsel.

Counsel for defendant advises the Court, and defendant confirms on the record, that defendant wishes to waive his right to a hearing on the petition.

The Court deems the waiver a submission and based on the allegations in the petition, the Court finds that defendant violated at least one condition of his release. Further, the Court finds that defendant is unlikely to abide by any condition or combination of conditions of release.

IT IS THEREFORE ORDERED that the defendant's release is revoked and he is detained pending further order of the Court.

DATED this 10th day of June, 2014.

_____
Michelle H. Burns
United States Magistrate Judge